## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

In Re:                                    :         Case No. 09-10136
                                          :
Jeffrey L. Stafford                       :         Chapter 7
Kristine M. Stafford                      :
                                          :
            Debtors                       :         Judge Aug

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The amount of $4.24 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses(s) of the party(ies) entitled to those unclaimed dividends is (are) as follows:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Premium Asset Recovery Corp.<br>P.O. Box 1810<br>Warren, MI 48090 | 10 | $4.24 |

Total Unclaimed/Small
Dividends $25.00 or Under
$4.24 _____

Total Unclaimed
Dividends Over $25.00
$_____

Dated: August 23, 2010      /s/ Henry E. Menninger, Jr._____
                            Case Trustee
                            Henry E. Menninger, Jr.

Printed: 08/18/10 01:09 PM

Page: 1

## Claims Distribution Small Checks

**Trustee: HENRY E. MENNINGER, JR. TRUSTEE (550660)**

**Case:** 09-10136 - STAFFORD, JEFFREY L

| Account No. | Check No. | Issued Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | | Payee: | U.S. Bankruptcy Court | | | | Check Amount: | $4.24 |
| 920002251588866 | 10114 | 08/18/10 10 | 06/03/09 | 610 | Premium Asset Recovery Corp | 33.40 | 33.40 | 4.24 | 4.24 |

(*) Denotes objection to Amount Filed